THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CAROLYN E PIERSAWL, as Personal Representative of the Estate of WILLIAM T. PIERSAWL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | CASE NO. C15-0154-JCC<br><br>MINUTE ORDER DISMISSING DEFENDANTS TANG AND AMN HEALTHCARE |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the motion for summary judgment of Defendants Vincent Tang, M.D. and AMN Healthcare, Inc (Dkt. No. 51). In their motion, Defendants argued that Plaintiff's case against them should be dismissed for failure to present the requisite expert medical testimony to support her medical malpractice claims. (*Id.* at 2.) Plaintiff did not contest the motion or submit expert testimony in response. (Dkt. No. 53 at 1.) No remaining party objects to the dismissal of Defendants Tang and AMN Healthcare. (Dkt. No. 54 at 2.) Accordingly, the Defendants' motion for summary judgment (Dkt. No. 51) is GRANTED. All claims against Defendants Tang and AMN Healthcare are hereby DISMISSED with prejudice.

//

//

1    DATED this 18th day of November 2016.

                                                        William M. McCool
                                                        Clerk of Court

                                                        /s/Paula McNabb
                                                        Deputy Clerk