THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CAROLYN E. PIERSAWL, | CASE NO. C15-0154-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal of Defendant Custom Ultrasonics, Inc. (Dkt. No. 60). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing, and all claims against Defendant Custom Ultrasonics, Inc. are DISMISSED with prejudice and without an award of costs or attorney fees to either party.

DATED this 9th day of March 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk
