UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLYN E. PIERSAWL, | CASE NO. C15-0154-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Recently, the parties submitted a joint status report informing the Court that the parties have settled and once the terms of the settlement are complete, they will submit official dismissal paperwork. (Dkt. No. 88.) Accordingly, the Clerk is directed to statistically CLOSE this case, pending submission of the parties' dismissal paperwork.

DATED this 24th day of May 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk
