UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLYN E. PIERSAWL, <br><br> Plaintiff, <br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | CASE NO. C15-0154-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff and Defendant United States of America have filed a stipulation and proposed order of dismissal (Dkt. No. 90). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and all claims against Defendant United States of America are DISMISSED with prejudice and without an award of costs or attorney fees to either party.

DATED this 14th day of August 2017.

          William M. McCool
          Clerk of Court

          /s/Paula McNabb
          Deputy Clerk