THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLYN E. PIERSAWL,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C15-0154-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　Plaintiff and lone remaining Defendant James Swegle have filed a stipulation and proposed order of dismissal (Dkt. No. 92). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and all claims against Defendant James Swegle are DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

　　　　DATED this 16th day of August 2017.

　　　　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　/s/Paula McNabb
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER 2:15-cv-0154-JCC
PAGE - 1